UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:                                          )
                                                )
MARY JORGENSEN                      )          CASE NO: 20-50164-ACS
                                                )
DEBTOR(S)                                )

## ORDER APPROVING EMPLOYMENT OF
## BK GLOBAL REAL ESTATE SERVICES AND TOWN AND COUNTRY REALTY

The Court having considered the Application of the Trustee for permission to employ BK

Global Real Estate Services and Town and Country Realty to procure a consented public sale

and for the purpose of negotiating with the first lienholder on certain real property located at

7472 Poole Mill Road, Crofton, Christian County, Kentucky in which the estate has little or no

equity and upon approval from the Court to sell such property for the Trustee: and the Court

being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED the employment of BK Global Real Estate Services and

Town and Country Realty by the Trustee is hereby approved with compensation for services

rendered and reimbursement for out-of-pocket expenses incurred at the rates set forth therein,

subject to approval by this Court.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: August 24, 2021

Prepared By:

/s/ Mark Little
Mark Little, Trustee

1917 Versnick Dr
Madisonville, Kentucky 42431
(270) 821-0110